HENRIETTA DEMILL ET AL v. JOHN W. THOMPSON JR.

Error to St. Clair. Submitted Jan. 11. Decided Jan. 26.

EJECTMENT. Plaintiffs bring error. Reversed.

*Whipple & Voorheis* for plaintiffs in error.

*Brown & Farrand* for defendant in error.

GRAVES, J. This case stands on the same ground as *Demill v. Moffat*, supra, and the same order will be entered in it.

The other Justices concurred.